UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
DEC 5  3 17 PM '03
DISTRICT COURT
NEW HAVEN, CONN.

------------------------------x
JOHN P. PHELAN              :  CIVIL ACTION NO.
                            :  3:03 CV 726 (JBA)
            Plaintiff       :
                            :
Vs.                         :
                            :
PAUL R. VALLILLO            :
                            :
            Defendant       :  AUGUST 25, 2003
------------------------------x

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The plaintiff and defendant, by and through the undersigned, hereby stipulate that the above entitled action shall be dismissed with prejudice to plaintiff on her complaint and without costs and/or attorney's fees to any party.

THE PLAINTIFF                           THE DEFENDANT


By:_____                  By:_____
Eugene S. Melchionne                    Jonathan D. Elliot (JDE 3654)
27 First Avenue                         Kleban & Samor, P.C.
Waterbury, CT 06704                     2425 Post Road
203-757-3437                            Southport, CT 06490
                                        (203) 254-8969