UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------x
JOHN P. PHELAN                       :   CIVIL ACTION NO.
                                     :   3:03 CV 726 (JBA)
              Plaintiff              :
                                     :
Vs.                                  :
                                     :
                                     :
PAUL R. VALLILLO                     :
                                     :
              Defendant              :   AUGUST 25, 2003
---------------------------------------------x

### STIPULATION FOR DISMISSAL WITH PREJUDICE

The plaintiff and defendant, by and through the undersigned, hereby stipulate that the above entitled action shall be dismissed with prejudice to plaintiff on her complaint and without costs and/or attorney's fees to any party.

THE PLAINTIFF                                    THE DEFENDANT

By: _____                      By: _____
Eugene S. Melchionne                             Jonathan D. Elliot (JDE 3654)
27 First Avenue                                  Kleban & Samor, P.C.
Waterbury, CT 06704                              2425 Post Road
203-757-3437                                     Southport, CT 06490
                                                 (203) 254-8969



ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court
By: _____ Deputy Clerk